# Exhibit A

ABOUT    MARKETS    SERVICES    FEATURED PROJECTS    CAREERS

# Lochner Expands in Pennsylvania

January 31, 2023

We are excited to announce that Derek Rogers and Brian Hansel have joined Lochner's Pennsylvania team. Derek and Brian's extensive experience in construction inspection brings a new and exciting service offering to our company within the state. Lochner's CEI team has a proven track record of success working with a wide range of owners and partner firms throughout Pennsylvania, and with this expansion, Lochner will see great potential for growth through targeted pursuits, strategic partnerships, and the development of our inspection staff.

At Lochner, Derek and Brian will be able to leverage the engineering knowledge at Lochner to provide valuable construction guidance to our design groups.

"Derek and Brian will play a vital role in driving business development with existing and new clients and in growing our inspection staff size and capabilities across Pennsylvania and beyond. We are confident that their expertise and leadership will greatly benefit our company and our clients." -Ryan Gargan, PE, Northeastern Regional Manager and Vice President

ABOUT    MARKETS    SERVICES    FEATURED PROJECTS    CAREERS



← Rene Garza Joins Lochner                                                Tom Bacus Joins Lochner →

LOCHNER

ABOUT    MARKETS    SERVICES    FEATURED PROJECTS    CAREERS

## Contact Us

H.W. Lochner, Inc.
225 W Washington Street
12th Floor
Chicago, IL 60606
800.353.3011
312.372.7346

## Careers

At Lochner, we turn challenges into opportunities every day. We're always looking for great talent; come find an opportunity that is right for you.
See current openings ›

## Social Media

View Lochner's Brochure ›

Texas Real Estate Commission Consumer Protection Notice. Download IABS Form

Copyright © 2023 H.W. Lochner, Inc. All rights reserved.