IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RIG CONSULTING, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: 2:23-cv-1286 |
| | ) |
| **DEREK ROGERS, BRIAN M. HANSEL,** | ) |
| **and DAVID HADAD,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS G. PASTERNAK

Thomas G. Pasternak, undersigned counsel for Defendant Brian Hansel, hereby moves the Court to admit Thomas G. Pasternak to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Brian Hansel pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Thomas G. Pasternak filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted, this 10th day of August, 2023.

| | |
|---|---|
| Akerman LLP | */s/ Thomas G. Pasternak* |
| Thomas G. Pasternak | Thomas G. Pasternak |
| 71 S. Wacker Drive, 47th Floor | Illinois Registration Number 6207512 |
| Chicago, Illinois 60606 | thomas.pasternak@akerman.com |
| (312) 634-5700 – Telephone | |
| | *Counsel for Defendant Brian Hansel* |

72193168;1

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE OF THOMAS G. PASTERNAK** via the Pacer e-file system:

David J. Garraux
david.garraux@klgates.com
Anna Shabalov
anna.shabalov@klgates.com
Kira M. Geary
kira.geary@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222

*Attorneys for Plaintiff RIG Consulting, Inc.*

This 10th day of August, 2023.

                                      */s/ Thomas G. Pasternak*
                                        Thomas G. Pasternak