IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIG CONSULTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 2:23-cv-1286 |
| | ) |
| DEREK ROGERS, BRIAN M. HANSEL, | ) |
| and DAVID HADAD, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF THOMAS G. PASTERNAK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Thomas G. Pasternak, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Brian Hansel in the above-captioned matter pursuant to LCvR 3.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Thomas G. Pasternak, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm Akerman LLP.

2. My business address is 71 S. Wacker Drive, 47th Floor, Chicago, Illinois 60606.

3. I am a member in good standing of the bar of the State of Illinois.

4. My bar identification number is 6207512.

5. A current certificate of good standing is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

72193172;1

2

8.      Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: August 10, 2023

Akerman LLP
Thomas G. Pasternak
71 S. Wacker Drive, 47th Floor
Chicago, Illinois 60606
(312) 634-5700 – Telephone

*/s/ Thomas G. Pasternak*
Thomas G. Pasternak
Illinois Registration Number 6207512
thomas.pasternak@akerman.com

*Counsel for Defendant Brian Hansel*

2

72193172;1