IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RIG CONSULTING, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: 2:23-cv-1286 |
| | ) |
| **DEREK ROGERS, BRIAN M. HANSEL,** | ) |
| **and DAVID HADAD,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR ADMISSION PRO HAC VICE OF SAMUEL Z. WESLEY

Samuel Z. Wesley, undersigned counsel for Defendant Brian Hansel, hereby moves the Court to admit Samuel Z. Wesley to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Brian Hansel pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, Samuel Z. Wesley attaches the Affidavit for Admission *Pro Hac Vice* of Samuel Z. Wesley filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted, this 10th day of August, 2023.

| | |
|---|---|
| | */s/Samuel Z. Wesley* |
| Akerman LLP | Samuel Z. Wesley |
| 999 Peachtree Street, NE | Georgia Bar No. 665076 |
| Suite 1700 | samuel.wesley@akerman.com |
| Atlanta, Georgia  30309 | Counsel for Defendant |
| (404) 733-9812 – Telephone | |
| (404) 733-733-9912 – Facsimile | |

72017202;1

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE OF SAMUEL Z. WESLEY** via the Pacer e-file system:

> David J. Garraux
> david.garraux@klgates.com
> Anna Shabalov
> anna.shabalov@klgates.com
> Kira M. Geary
> kira.geary@klgates.com
> **K&L Gates LLP**
> K&L Gates Center
> 210 Sixth Avenue
> Pittsburgh, PA 15222
>
> *Attorneys for Plaintiff RIG Consulting, Inc.*

This 10th day of August, 2023.

                                        */s/ Samuel Z. Wesley*
                                        Samuel Z. Wesley