IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIG CONSULTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 2:23-cv-1286 |
| | ) |
| DEREK ROGERS, BRIAN M. HANSEL, | ) |
| and DAVID HADAD, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF SAMUEL Z. WESLEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Samuel Z. Wesley, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Brian Hansel in the above-captioned matter pursuant to LCvR 3.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Samuel Z. Wesley, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm Akerman LLP.

2. My business address is 999 Peachtree Street NE, Suite 1700, Atlanta, GA 30309.

3. I am a member in good standing of the bar[s] of the State of Georgia and the State of South Carolina.

4. My bar identification numbers are 665076 (Georgia) and 105143 (South Carolina).

5. A current certificate of good standing is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

1

2

7.	I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8.	Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: August 10, 2023

|  |  |
|---|---|
| Akerman LLP<br>999 Peachtree Street, NE<br>Suite 1700<br>Atlanta, Georgia   30309<br>(404) 733-9812 – Telephone<br>(404) 733-733-9912 – Facsimile | /s/Samuel Z. Wesley<br>Samuel Z. Wesley<br>Georgia Bar No. 665076<br>samuel.wesley@akerman.com<br>Counsel for Defendant |