## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RIG CONSULTING, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: 2:23-cv-1286 |
| | ) |
| **DEREK ROGERS, BRIAN M. HANSEL,** | ) |
| **and DAVID HADAD,** | ) |
| | ) |
| **Defendants.** | ) |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS G. PASTERNAK

Presently before the Court is Thomas G. Pasternak's Motion for Admission *Pro Hac Vice* ("Motion") to appear on behalf of Defendant Brian M. Hansel.

Upon consideration of the Motion, and finding good cause, it is hereby ORDERED that the Motion is GRANTED.


Dated: _____          _____
                                        HON. ROBERT J. COLVILLE
                                        UNITED STATES DISTRICT JUDGE

72211360;1

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF THOMAS G. PASTERNAK** via the Pacer e-file system:

>David J. Garraux
>david.garraux@klgates.com
>Anna Shabalov
>anna.shabalov@klgates.com
>Kira M. Geary
>kira.geary@klgates.com
>**K&L Gates LLP**
>K&L Gates Center
>210 Sixth Avenue
>Pittsburgh, PA 15222
>
>*Attorneys for Plaintiff RIG Consulting, Inc.*

This 11th day of August, 2023.

>>>*/s/ Thomas G. Pasternak*
>>>Thomas G. Pasternak