IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIG CONSULTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 2:23-cv-1286 |
| | ) |
| DEREK ROGERS, BRIAN M. HANSEL, | ) |
| and DAVID HADAD, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF SAMUEL Z. WESLEY**

Presently before the Court is Samuel Z. Wesley's Motion for Admission *Pro Hac Vice* ("Motion") to appear on behalf of Defendant Brian M. Hansel.

Upon consideration of the Motion, and finding good cause, it is hereby ORDERED that the Motion is GRANTED.

Dated: _____

_____
HON. ROBERT J. COLVILLE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF SAMUEL Z. WESLEY** via the Pacer e-file system:

>David J. Garraux
>david.garraux@klgates.com
>Anna Shabalov
>anna.shabalov@klgates.com
>Kira M. Geary
>kira.geary@klgates.com
>**K&L Gates LLP**
>K&L Gates Center
>210 Sixth Avenue
>Pittsburgh, PA 15222
>
>*Attorneys for Plaintiff RIG Consulting, Inc.*

This 11th day of August, 2023.

>*/s/ Samuel Z. Wesley*
>Samuel Z. Wesley